**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Larry Stanley and Terri Stanley v. John McClanahan

Appellate case number:   01-13-00982-CV

Trial court case number: D-13-5,197

Trial court:             County Court of Colorado County, Texas

On November 1, 2013, appellants, Larry Stanley and Terri Stanley, filed an affidavit of indigence in the trial court in the above-referenced matter. *See* TEX. R. APP. P. 20.1(a)(2). On December 19, 2013, the district clerk notified the Court that no contest to the affidavit of indigence was filed. Therefore the allegations in the affidavit are deemed true, and appellants are entitled to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(f).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellants are indigent and are allowed to proceed on appeal without advance payment of costs. *See* TEX. R. APP. P. 20.1(f), (n).

Appellant's brief is **ORDERED** filed with this Court within 30 days of the date the reporter's record is filed.[1] *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                 ☒ Acting individually    ☐ Acting for the Court

Date: December 27, 2013

---

[1] The clerk's record was filed on November 14, 2013. The current deadline for the reporter's record is December 27, 2013.